# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA MCNEIL, on behalf of Ronate King, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) NO. CIV-20-0905-HE |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff Debra McNeil, on behalf of claimant Ronate King, appealed the final decision of the Commissioner of the Social Security Administration which denied Mr. King's application for disability insurance benefits. The case was referred to Magistrate Judge Amanda Maxfield Green for initial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Green has issued a Report and Recommendation recommending that the Commissioner's decision be reversed and remanded for further proceedings.

The Report advised the parties of their rights to object to the Report by March 18, 2022. Neither party has objected to the Report, thereby waiving their rights to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. #25] is **ADOPTED**. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED**.

Dated this 22nd day of March, 2022.

                                                JOE HEATON
                                                UNITED STATES DISTRICT JUDGE